**No. 43347.**—Petition 5834–R of James Loudon & Co. (Los Angeles).

Opinion by CLINE, J. It was found that the petitioners acted in good faith in entering the goods at the value they believed to be correct. On the record presented the petition was granted.

**No. 43348.**—Protest 319607–G of Wilbur-Ellis Co. (San Francisco).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Wilbur-Ellis* v. *United States* (27 C. C. P. A. —, C. A. D. 90) the fish oil cake in question was held free of duty under paragraph 1583 as claimed.

**No. 43349.**—Protests 12025–K, etc., of Mon Hing & Co. et al. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of spiral joss sticks or incense coils the same as those passed upon in Abstract 40933. The claim for free entry under paragraph 1703 was therefore sustained.

**No. 43350.**—Protest 982695–G of World Service Co. (New York).

Opinion by KEEFE, J. In accordance with the report of the appraiser the protest was sustained as to the 19 pairs of opera glasses. No evidence having been offered as to the shortage of the pens that claim was overruled.

BEFORE THE SECOND DIVISION, MARCH 11, 1940

**No. 43351.**—Protest 859250–G of John Zimmermann Co. (New York).

Opinion by TILSON, J. It was stipulated that the braids in question remained in customs custody until March 1936 and that they are suitable for making or ornamenting hats, bonnets, or hoods. The protest was therefore sustained.

**No. 43352.**—Protests 282813–G, etc., of Macksoud Import Co. (New York).

Opinion by TILSON, J. Venice lace similar to that involved in *Littwitz* v. *United States* (3 Cust. Ct. 123, C. D. 217) was held dutiable at 75 percent under paragraph 1430 as claimed.